IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| | * | |
| vs. | * | No. 4:95CR00062 SWW |
| | * | |
| MARK ALLEN JOHNSON | * | |
| | * | |
| | * | |

ORDER

Before the Court is defendant's *pro se* motion to expunge his criminal conviction to which the government responded. Defendant asserts that on the basis of his post-conviction conduct, notably his substantial and successful rehabilitative efforts, he deserves to have his conviction expunged.

In *United States v. Meyer,* 439 F.3d 855 (8th Cir. 2006), the Eighth Circuit held that district courts do not have ancillary jurisdiction to expunge a criminal record based solely on equitable grounds. Defendant does not assert any grounds authorizing this Court to expunge his criminal conviction. Therefore, his motion [docket entry 52] is denied.

SO ORDERED this 6th day of July, 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE